UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
Urbana Division

| | |
|---|---|
| **MICHAEL E. ELLIS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| v. | ) |
| | ) Case No. 06-2189 |
| **MICHAEL J. ASTRUE,** | ) |
| **COMMISSIONER OF SOCIAL** | ) |
| **SECURITY,** | ) |
| | ) |
| **Defendant.** | ) |

# O R D E R

In March 2006, Administrative Law Judge (hereinafter "ALJ") Joseph Warzycki denied Plaintiff Michael Ellis' applications for social security supplemental security income (hereinafter "SSI") and disability insurance benefits (hereinafter "DIB"). The ALJ based his decision on a finding that Plaintiff was able to perform a number of jobs existing in the national economy.

In September 2006, Plaintiff filed a Complaint (#1) against Defendant Jo Anne Barnhart,[1] Commissioner of Social Security (hereinafter "Commissioner"), seeking judicial review of the ALJ's decision to deny social security benefits. In June 2007, Plaintiff filed a Motion for Summary Judgment (#12). In September 2007, Defendant filed a Motion for an Order Which Affirms the Commissioner's Decision (#16).

After reviewing the administrative record and the parties' memoranda, this Court granted Plaintiff's Motion for Summary Judgment (#12). Consistent with the Court's reasoning in the

---

[1] Pursuant to Federal Rules of Civil Procedure 25(d)(1), we have substituted Michael J. Astrue for Jo Anne Barnhart as the named defendant.

Order granting Plaintiff's motion, the Court now **DENIES** Defendant's Motion for an Order Which Affirms the Commissioner's Decision **(#16)**.

ENTER this 2nd day of July, 2008.

                                                    s/ DAVID G. BERNTHAL
                                                    U.S. MAGISTRATE JUDGE